IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | INDICTMENT NO. 1:22-CR-00244- |
| v. | * | JPB-JSA-1 |
| | * | |
| MICKY LEE WAGNER, | * | HON. JEAN-PAUL "J.P." BOULEE |
| | * | |
| Defendant. | * | |

**SENTENCING MEMORANDUM**

**COMES NOW** Defendant Micky Lee Wagner and makes this, his Sentencing Memorandum, and shows this Honorable Court the following:

**Sentencing Memorandum**

The guidelines are to be used in conjunction with the factors set forth in 18 U.S.C. §3553.  The ultimate test is, once the guidelines and the §3553 factors are applied, is the sentence arrived at reasonable?  See United States v. Pugh, 515 F.3d 1179 (2008).

18 U.S.C. §3553 sets forth the factors to be considered in imposing a sentence.

1) The nature and circumstances of the offense, and the history and characteristics of the Defendant;

2) The need for the sentence imposed;

    A. To reflect the seriousness of the offense, to promote respect for the law and to provide just punishment for the offense;

    B. To afford adequate deterrents to criminal conduct;

    C. To protect the public from further crimes of the Defendant; and

    D. To provide the Defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

3) The kinds of sentences available;

4) The kinds of sentencing range established by the guidelines;

5) Any pertinent policy statement issued by the Sentencing Commission;

6) The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

7) The need to provide restitution to any victims of the offense.

As the Court is aware, Defendant Micky Lee Wagner has had a difficult life.

As was reported in the Presentence Report *("PSR")*, Mr. Wagner was molested beginning at the age of six, and continuing over years by a cousin. At the age of fourteen, he was molested by a neighbor.

As reported in the PSR, Mr. Wagner suffers from a variety of illnesses:

1) Asthma

2) Gastroesophageal reflux

3) Type 2 diabetes

4) Hypertension

5) Hyperlipidemia

6) Gout

Further, Mr. Wagner has suffered a stroke, a heart attack, and colon cancer, which is in remission.

As a result of the aforementioned illnesses, Mr. Wagner takes 22 medications daily.

Since his incarceration in the Robert A. Deyton Facility, Mr. Wagner has been assaulted; receiving cigarette burns on his arms, as well as sexually assaulted by other inmates.

He has cooperated with the investigation of the sexual assaults on him, and he has been debriefed concerning the assaults. According to Mr. Wagner, these assaults were facilitated by officers at the facility.

As the Court is aware, Mr. Wagner is classified as having a Level 2 Criminal History. The prior offense that he had was just within the 15-year window to be included in his criminal history.

Indeed, he went for many years without any criminal activity. As is noted in the PSR, before his arrest, he was the primary caregiver for his 93-year-old mother, who is suffering from dementia.

The PSR suggests, and counsel for Defendant believes, that the Government agrees that an 87-month sentence would be appropriate.

Considering his treatment during his incarceration and his health issues, counsel for Defendant Micky Lee Wagner respectfully requests that Mr. Wagner receive a sentence of 47 months.

                                                Respectfully submitted,

                                                s/D. H. Jones_____
                                                DAVID H. JONES
                                                State Bar No. 405585
                                                Counsel for Defendant
                                                Micky Lee Wagner

David H. Jones
Attorney-At-Law
125 East Trinity Place
Suite 202
Decatur, Georgia  30030
(404) 522-8484
(Fax) 522-8481

*Page 5 of 5*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Sentencing Memorandum was formatted in the Times New Roman 14 pt. Font in accordance with Local Rules 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following Assistant United States Attorney of record:

>Brian Parce
>Asst. U.S. District Attorney
>Richard B. Russell Federal Building
>2211 United States Courthouse
>75 Ted Turner Drive, SW
>Atlanta, Georgia  30303-3309

This the 13th day of September, 2024.

>Respectfully submitted,

>s/D. H. Jones_____
>DAVID H. JONES
>State Bar No. 405585
>Counsel for Defendant
>Micky Lee Wagner

David H. Jones
Attorney-At-Law
125 East Trinity Place
Suite 202
Decatur, Georgia  30030
(404) 522-8484
(Fax) 522-8481