FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 17 2024

KEVIN P. WEIMER, Clerk
By: ____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICKY LEE WAGNER | Criminal Action No.<br><br>1:22-cr-00244-JPB |

### PRELIMINARY ORDER OF FORFEITURE

The Defendant, Micky Lee Wagner, having pleaded guilty to Count Four of the Indictment, pursuant to which the United States sought forfeiture of certain property under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and the Court having determined that the property described below is subject to forfeiture pursuant thereto, and that the Government has established the requisite nexus between said property and the offenses charged in the Indictment;

IT IS HEREBY ORDERED that the Defendant, Micky Lee Wagner, shall forfeit to the United States the following property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a. Real property located at 530 West 10th Street, Kansas City, Jackson County, Missouri 64105, and all buildings, appurtenances, improvements and attachments thereon, more fully described as:

   Unit 530, Building No. 23, Case Chouteau Condominium, a condominium subdivision in Kansas City, Jackson County, Missouri, filed in the Condominium Plat Document No. 2008E0013766, together with all of the respective undivided interest in and to the common

elements and limited common elements as shown on the Condominium Plat and established by the Declaration of Condominium filed as Document No. 2008E13860 as amended by instrument filed May 13, 2008 as Document No. 2008E52260, as amended by instrument filed March 19, 2009 as Document No. 2009E0025648.

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Fed. R. Crim. P. 32.2(b)(6) and in such a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c), any person, other than the named Defendant, asserting a legal interest in the property may within thirty days of the final publication of the notice or their receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of

perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of the third-party petitions. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture is hereby final as to the Defendant. If no third party files a timely claim, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED this 17th day of September, 2024.

J. P. BOULEE
UNITED STATES DISTRICT JUDGE